IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY GREGORY, on behalf of himself and all others similarly situated** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-2601** |
| v. | : | |
| | : | |
| **METRO AUTO SALES, INC.** | : | |
| **d/b/a VALUE KIA,** | : | |
| **Defendants.** | : | |

## ORDER

This 27th day of January, 2016, upon consideration of Defendant Metro Auto Sales, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff's Response, and Defendant's Reply, it is **ORDERED** that Defendant's Motion is **GRANTED in part.** Count I of Plaintiff's Complaint, alleging a violation of the Truth in Lending Act, is **DISMISSED.** Count II of Plaintiff's Complaint, alleging a violation of the Unfair Trade Practices and Consumer Protection Law, and Plaintiff's Class allegations are **NOT DISMISSED.**

    /s/ Gerald Austin McHugh
United States District Court Judge